# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:  §
 §
FOREST GATE INC.  §  Case No. 12-04264
 §
   Debtor  §

## SUCCESSOR TRUSTEE'S FINAL REPORT (TFR)

The undersigned successor trustee hereby makes this Final Report and states as follows:

1. A petition under chapter of the United States Bankruptcy Code was filed on 02/07/2012 . The case was converted to one under Chapter 7 on 08/20/2012 . The undersigned trustee was appointed on 04/16/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $    2,011,351.27

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 37,652.83 |
| Bank service fees | 1,257.47 |
| Other payments to creditors | 1,937,970.88 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]        $ | 34,470.09 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/10/2013 and the deadline for filing governmental claims was 01/10/2013 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 83,590.54 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,000.00 , for a total compensation of $ 2,000.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 300.28 , for total expenses of $ 300.28 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/09/2016                By: /s/BRENDA PORTER HELMS, TRUSTEE
                                    Successor Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 12-04264 | ABG | Judge: | A. Benjamin Goldgar | Trustee Name: | BRENDA PORTER HELMS, SUCC. TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | FOREST GATE INC. | | | | Date Filed (f) or Converted (c): | 08/20/2012 (c) |
| | | | | | 341(a) Meeting Date: | 10/09/2012 |
| For Period Ending: | 08/09/2016 | | | | Claims Bar Date: | 01/10/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 61 Forest Gate Circle, Oak Brook, IL 60523 (Lot) | 355,000.00 | 0.00 | | 301,500.00 | FA |
| 2. 67 Forest Gate Circle, Oak Brook, IL 60523 (Home and Lot) | 1,800,000.00 | 1,220,810.00 | | 1,407,000.00 | FA |
| 3. 68 Forest Gate Circle, Oak Brook, IL 60523 (Lot) | 450,000.00 | 300,000.00 | | 301,500.00 | FA |
| 4. 1st National bank of Lagrange Lagrange, Ill. Checking account | 500.00 | 500.00 | | 1,351.27 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $2,605,500.00 | $1,521,310.00 | | $2,011,351.27 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

MOTION TO MODIFY STAY AND ADVERSARY TO DETERMINE NATURE, EXTENT AND PRIORITY OF LIENS PENDING IN BANKRUPTCY COURT; SET FOR HEARING/STATUS ON 10/31/12
Closing set for: Prior to May 15, 2013
Completed sale of properties.
Awaiting tax returns.
In process of reviewing claims and preparing final report.
Successor Trustee appointed 4/16/14
Final tax return prepared by accountant
Amended tax returns also prepared and filed with IRS; waiting for acknowledgment letter from IRS before filing amended return with IDOR; possible wait until Dec. 2015

Initial Projected Date of Final Report (TFR): 12/31/2014     Current Projected Date of Final Report (TFR): 06/30/2016

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 12-04264 | Trustee Name: BRENDA PORTER HELMS, SUCC. TRUSTEE |
| Case Name: FOREST GATE INC. | Bank Name: GREEN BANK |
| | Account Number/CD#: XXXXXX6401 |
| | Checking Account |
| Taxpayer ID No: XX-XXX3409 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 08/09/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/08/13 | | CHICAGO TITLE & TRUST CO 1725 S NAPERVILLE ROADWHEATON, IL  60189 | SALE OF LOTS 61 & 68 | | $7,074.16 | | $7,074.16 |
| | | | Gross Receipts               $603,000.00 | | | | |
| | | | TRANSFER TAXES/CITY & COUNTY    ($904.50) | 2820-000 | | | |
| | | | FIRST NATIONAL BANK OF    ($295,800.00) | 4110-000 | | | |
| | | | CRAWFORD GROUP/COMMISSION    ($3,000.00) | 3510-000 | | | |
| | | | PARTIAL SETTLEMENT OF LIEN    ($286,821.00) | 4120-000 | | | |
| | | | 2011 TAX REDEMPTION/LOT 68    ($4,699.99) | 2820-000 | | | |
| | | | 2011 TAX REDEMPTION/LOT 61    ($4,700.35) | 2820-000 | | | |
| | 3 | | 68 Forest Gate Circle, Oak Brook, IL 60523 (Lot)    $301,500.00 | 1110-000 | | | |
| | 1 | | 61 Forest Gate Circle, Oak Brook, IL 60523 (Lot)    $301,500.00 | 1110-000 | | | |
| 05/08/13 | | CHICAGO TITLE & TRUST CO 1725 S NAPERVILLE ROADWHEATON, IL  60189 | SALE OF 67 FOREST GATE CIRCLE | | $27,386.21 | | $34,460.37 |
| | | | Gross Receipts               $1,407,000.00 | | | | |
| | | | 2001 RDEMPTION TAXES    ($12,845.85) | 2820-000 | | | |
| | | | FLAGG CREEK WATER RECLAMATION    ($250.56) | 2500-000 | | | |
| | | | CLOSING COSTS/CHICAGO TITLE    ($113.00) | 2500-000 | | | |
| | | | TITLE CHARGES/CHICAGO TITLE    ($1,944.00) | 2500-000 | | | |
| | | | PARTIAL SETTLEMENT OF LIEN/APRATI    ($665,000.00) | 4120-000 | | | |

| UST Form 101-7-TFR (5/1/2011) *(Page: 4)* | Page Subtotals: | $34,460.37 | $0.00 |
|---|---|---|---|

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 12-04264 | Trustee Name: BRENDA PORTER HELMS, SUCC. TRUSTEE |
| Case Name: FOREST GATE INC. | Bank Name: GREEN BANK |
| | Account Number/CD#: XXXXXX6401 |
| | Checking Account |
| Taxpayer ID No: XX-XXX3409 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 08/09/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | WATER LIEN TO VILLAGE OF OAK BROOK ($149.88) | 4120-000 | | | |
| | | | TRANSFER TAXES/COUNTY/STATE ($2,110.50) | 2820-000 | | | |
| | | | FIRST MORTGAGE PAYOFF FIRST NAT'L ($690,200.00) | 4110-000 | | | |
| | | | CRAWFORD GROUP/COMMISSION ($7,000.00) | 3510-000 | | | |
| | 2 | | 67 Forest Gate Circle, Oak Brook, IL 60523 (Home $1,407,000.00 | 1110-000 | | | |
| 05/31/13 | | Green Bank US Trustee Services2900 North Loop West, Suite 200Houston, TX  77092 | Bank Service Fee | 2600-000 | | $44.84 | $34,415.53 |
| 06/28/13 | | Green Bank US Trustee Services2900 North Loop West, Suite 200Houston, TX  77092 | Bank Service Fee | 2600-000 | | $50.16 | $34,365.37 |
| 07/31/13 | | Green Bank US Trustee Services2900 North Loop West, Suite 200Houston, TX  77092 | Bank Service Fee | 2600-000 | | $55.45 | $34,309.92 |
| 08/15/13 | 4 | FIRST NATIONAL BANK OF LAGRANGE 620 W. Burlington Ave.LaGrange, IL 60525 | Turnover of funds | 1129-000 | $1,351.27 | | $35,661.19 |
| 08/30/13 | | Green Bank US Trustee Services2900 North Loop West, Suite 200Houston, TX  77092 | Bank Service Fee | 2600-000 | | $60.20 | $35,600.99 |
| 09/30/13 | | Green Bank US Trustee Services2900 North Loop West, Suite 200Houston, TX  77092 | Bank Service Fee | 2600-000 | | $51.88 | $35,549.11 |
| 10/31/13 | | Green Bank US Trustee Services2900 North Loop West, Suite 200Houston, TX  77092 | Bank Service Fee | 2600-000 | | $57.36 | $35,491.75 |
| 11/29/13 | | Green Bank US Trustee Services2900 North Loop West, Suite 200Houston, TX  77092 | Bank Service Fee | 2600-000 | | $57.27 | $35,434.48 |
| 12/31/13 | | Green Bank US Trustee Services2900 North Loop West, Suite 200Houston, TX  77092 | Bank Service Fee | 2600-000 | | $55.33 | $35,379.15 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*            Page Subtotals:            $1,351.27            $432.49

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 12-04264 | Trustee Name: | BRENDA PORTER HELMS, SUCC. TRUSTEE |
| Case Name: FOREST GATE INC. | Bank Name: | GREEN BANK |
| | Account Number/CD#: | XXXXXX6401 |
| | | Checking Account |
| Taxpayer ID No: XX-XXX3409 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 08/09/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/31/14 | | Green Bank<br>US Trustee Services 2900 North Loop West, Suite 200 Houston, TX  77092 | Bank Service Fee | 2600-000 | | $60.77 | $35,318.38 |
| 02/28/14 | | Green Bank<br>US Trustee Services 2900 North Loop West, Suite 200 Houston, TX  77092 | Bank Service Fee | 2600-000 | | $51.47 | $35,266.91 |
| 03/31/14 | | Green Bank<br>US Trustee Services 2900 North Loop West, Suite 200 Houston, TX  77092 | Bank Service Fee | 2600-000 | | $53.23 | $35,213.68 |
| 04/02/14 | 3001 | INTERNATIONAL SURETIES, LTD 701 POYDRAS STREET SUITE 420 NEW ORLEANS, LA  70139 | Blanket bond #016026455 2/01/14<br>to 2/10/15         2300-000<br>     $-29.22 | 2300-000 | | $29.22 | $35,184.46 |
| 04/30/14 | | GREEN BANK | Bank Service Fee | 2600-000 | | $49.46 | $35,135.00 |
| 05/02/14 | | Transfer to Acct # XXXXXX1830 | Bank Funds Transfer | 9999-000 | | $35,135.00 | $0.00 |

| | | | |
|---|---|---:|---:|
| | COLUMN TOTALS | $35,811.64 | $35,811.64 |
| | Less: Bank Transfers/CD's | $0.00 | $35,135.00 |
| | Subtotal | $35,811.64 | $676.64 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $35,811.64 | $676.64 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*                    Page Subtotals:                    $0.00        $35,379.15

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 12-04264 | Trustee Name: BRENDA PORTER HELMS, SUCC. TRUSTEE | Exhibit B |
| Case Name: FOREST GATE INC. | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX1830 | |
| | Checking - Non Interest | |
| Taxpayer ID No: XX-XXX3409 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 08/09/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/02/14 | | Transfer from Acct # XXXXXX6401 | Bank Funds Transfer | 9999-000 | $35,135.00 | | $35,135.00 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $52.22 | $35,082.78 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $50.47 | $35,032.31 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $52.09 | $34,980.22 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $52.01 | $34,928.21 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $50.26 | $34,877.95 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $51.85 | $34,826.10 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $50.11 | $34,775.99 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $51.70 | $34,724.29 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $51.63 | $34,672.66 |
| 02/19/15 | 10001 | ARTHUR B. LEVINE COMPANY | bond premium | 2300-000 | | $24.80 | $34,647.86 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $46.56 | $34,601.30 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $51.44 | $34,549.86 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $49.71 | $34,500.15 |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $51.29 | $34,448.86 |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $49.56 | $34,399.30 |
| 10/13/15 | | Associated Bank | refund for June fees Posted to account as of 7/22/15 | 2600-000 | | ($51.29) | $34,450.59 |

| UST Form 101-7-TFR (5/1/2011) *(Page: 7)* | Page Subtotals: | $35,135.00 | $684.41 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 12-04264  
Case Name: FOREST GATE INC.  
Taxpayer ID No: XX-XXX3409  
For Period Ending: 08/09/2016  

Trustee Name: BRENDA PORTER HELMS, SUCC. TRUSTEE  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX1830  
Checking - Non Interest  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/13/15 |  | Associated Bank | refund for July fees<br>posted to account as of 7/22/15 | 2600-000 |  | ($49.56) | $34,500.15 |
| 02/25/16 | 10002 | Adams-Levine | Bond #10BSBGR6291 | 2300-000 |  | $30.06 | $34,470.09 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $35,135.00 | $664.91 |
| Less: Bank Transfers/CD's | $35,135.00 | $0.00 |
| Subtotal | $0.00 | $664.91 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $664.91 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*                    Page Subtotals:                    $0.00        ($19.50)

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1830 - Checking - Non Interest | $0.00 | $664.91 | $34,470.09 |
| XXXXXX6401 - Checking Account | $35,811.64 | $676.64 | $0.00 |
| | $35,811.64 | $1,341.55 | $34,470.09 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $1,975,539.63 |
| Total Net Deposits: | $35,811.64 |
| Total Gross Receipts: | $2,011,351.27 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:12-04264-ABG  
Debtor Name: FOREST GATE INC.  
Claims Bar Date: 1/10/2013  
Date: August 9, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 2 2100 | DAVID E. GROCHOCINSKI<br>1900 Ravinia Place<br>Orland Park, IL  60462<br>Prior Trustee | Administrative | Portion of Trustee compensation-to be shared with successor trustee | $0.00 | $10,550.00 | $10,550.00 |
| 2 2100 | BRENDA PORTER HELMS<br>SUCCESSOR TRUSTEE | Administrative | Portion of Trustee compensation-to be shared with prior trustee | $0.00 | $2,000.00 | $2,000.00 |
| 2 2200 | BRENDA PORTER HELMS<br>SUCCESSOR TRUSTEE | Administrative | | $0.00 | $300.28 | $300.28 |
| BOND 999 2300 | ARTHUR B. LEVINE COMPANY<br>Arthur B. Levine Company | Administrative | | $0.00 | $24.80 | $24.80 |
| 10 2 2950 | OFFICE OF THE US TRUSTEE<br>219 S. Dearborn st. rm 873<br>Chicago, IL  60604 | Administrative | | $0.00 | $650.00 | $650.00 |
| 2 3110 | INNOVALAW P.C.<br>InnovaLaw P.C. | Administrative | | $0.00 | $14,750.00 | $14,750.00 |
| 2 3120 | INNOVALAW P.C.<br>InnovaLaw P.C. | Administrative | | $0.00 | $126.14 | $126.14 |
| 2 3410 | SCOTT HOREWITCH PIDGEON<br>& ABRAMS L<br>Scott Horewitch Pidgeon &<br>Abrams, LLC | Administrative | | $0.00 | $6,998.50 | $6,998.50 |
| 3 560 4110 | FIRST NATIONAL BANK OF<br>LAGRANGE<br>c/o Clingen Callow & McLean,<br>LLC<br>2100 Manchester Road, Suite 1750<br>Wheaton, IL  60187 | Secured | claim withdrawn per stipulation filed 10/16/14 | $0.00 | $0.00 | $0.00 |

Page 1                                                                 Printed: August 9, 2016

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:12-04264-ABG  
Debtor Name: FOREST GATE INC.  
Claims Bar Date: 1/10/2013  
Date: August 9, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 4<br>560<br>4110 | FOREST GATE HOMEOWNERS ASSOCIATION<br>c/o Keough & Moody, P.C.<br>1250 E. Diehl Road, Suite 405<br>Naperville, IL 60563 | Secured | Claim disallowed per order 10/29/14 | $0.00 | $16,442.05 | $0.00 |
| 5<br>560<br>4110 | RC JOHNSON ENTERPRISES INC DBA DJ E<br>c/o Henry B. Vess III, P.C.<br>2100 Manchester Road, Suite 1640<br>Wheaton, IL 60187 | Secured | Claim disallowed per order 10/29/14 | $0.00 | $28,609.28 | $0.00 |
| 8<br>560<br>4110 | ROBERT AND NORMA APRATI<br>c/o Mark L. Radtke, Shaw Gussis Fishman<br>Glantz Wolfson & Towbin LLC<br>321 N. Clark Street, Suite 800<br>Chicago, IL 60654 | Secured | claim withdrawn 9/22/14 | $0.00 | $0.00 | $0.00 |
| 13<br>560<br>4110 | FIRST NATIONAL BANK OF LAGRANGE<br>c/o Clingen Callow & McLean, LLC<br>2100 Manchester Road, Suite 1750<br>Wheaton, IL 60187 | Secured | claim withdrawn per stipulation 10/16/14 | $0.00 | $0.00 | $0.00 |
| 1<br>570<br>5800 | ILLINOIS DEPARTMENT OF EMPLOYMENT S<br>33 South State St.10th Fl<br>Bankruptcy Uni<br>Chicago, IL 60603 | Priority | (1-1) Unemployment Tax | $0.00 | $271.09 | $271.09 |
| 15<br>3<br>6210 | SPRINGER BROWN COVEY GAERTNER &<br>400 South County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Administrative | January 9, 2013 Order awarding compensation and expense reimbursement to Debtor's attorney | $0.00 | $34,138.10 | $32,345.30 |
| 1a<br>610<br>7100 | ILLINOIS DEPARTMENT OF EMPLOYMENT S<br>33 South State St.10th Fl<br>Bankruptcy Uni<br>Chicago, IL 60603 | Unsecured | (1-1) Unemployment Tax | $0.00 | $4,660.05 | $4,660.05 |
| 2<br>610<br>7100 | SCHAAF WINDOW CO. INC.<br>c/o John D. Dieck, Controller<br>18445 Thompson Court<br>Tinley Park, IL 60477 | Unsecured | | $42,162.00 | $46,362.67 | $46,362.67 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:12-04264-ABG  
Debtor Name: FOREST GATE INC.  
Claims Bar Date: 1/10/2013  
Date: August 9, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 6 610 7100 | BRIDGEVIEW BANK GROUP c/o Adam B. Rome Greiman, Rome & Greiesmeyer, LLC 200 West Madison Street, Suite 755 Chicago, IL 60606 | Unsecured | | $0.00 | $4,893,667.75 | $4,893,667.75 |
| 7 610 7100 | TRUSTEE OF THE MM MAUREEN KALOUSEK (Margaret Mary Callaghan) Trust c/o Glenn R. Gaffney, Gaffney & Gaffney 1771 Bloomingdale Rd. Glendale Heights, IL 60139 | Unsecured | (7-1) loan | $0.00 | $1,117,151.00 | $1,117,151.00 |
| 9 70 7100 | LESTER WOZNICZKA 3710 Jay Lane Rolling Meadows, IL 60008 | Unsecured | | $3,000.00 | $3,000.00 | $3,000.00 |
| 11 70 7100 | WILLE BROTHERS LUMBER INC. 12600 Hamlin Court Alsip, IL 60803 | Unsecured | order determining value of security is $0 dated 10/30/14 | $0.00 | $31,166.88 | $31,166.88 |
| 12 70 7100 | DEPARTMENT OF TREASURY-INTERNAL REV P.O. Box 7317 Philadelphia, PA 19101-7317 | Unsecured | claim entirely unsecured  updated address to pay to address per POC | $0.00 | $61,140.89 | $61,140.89 |
| 14 70 7100 | TRIDENT CUSTOM BUILDERS INC. 1357 Lahard Rd. New Lenox, IL 60451 | Unsecured | | $21,586.00 | $21,586.50 | $21,586.50 |
| | Case Totals | | | $66,748.00 | $6,293,544.82 | $6,246,700.69 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## SUCCESOR TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-04264
Case Name: FOREST GATE INC.
Trustee Name: BRENDA PORTER HELMS, TRUSTEE

Balance on hand                                $    34,470.09

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 13 | FIRST NATIONAL BANK OF LAGRANGE | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 3 | FIRST NATIONAL BANK OF LAGRANGE | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 4 | FOREST GATE HOMEOWNERS ASSOCIATION | $ 16,442.05 | $ 0.00 | $ 0.00 | $ 0.00 |
| 5 | RC JOHNSON ENTERPRISES INC DBA DJ E | $ 28,609.28 | $ 0.00 | $ 0.00 | $ 0.00 |
| 8 | ROBERT AND NORMA APRATI | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors                $       0.00

Remaining Balance                                     $  34,470.09

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS | $ 2,000.00 | $ 0.00 | $ 1,948.84 |
| Trustee Expenses: BRENDA PORTER HELMS | $ 300.28 | $ 0.00 | $ 292.60 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Fees: INNOVALAW P.C. | $ 14,750.00 | $ 0.00 | $ 14,372.72 |
| Attorney for Trustee Expenses: INNOVALAW P.C. | $ 126.14 | $ 0.00 | $ 122.92 |
| Accountant for Trustee Fees: SCOTT HOREWITCH PIDGEON & ABRAMS L | $ 6,998.50 | $ 0.00 | $ 6,819.49 |
| Fees: OFFICE OF THE US TRUSTEE | $ 650.00 | $ 0.00 | $ 633.37 |
| Other: ARTHUR B. LEVINE COMPANY | $ 24.80 | $ 24.80 | $ 0.00 |
| Prior TR: DAVID E. GROCHOCINSKI | $ 10,550.00 | $ 0.00 | $ 10,280.15 |

Total to be paid for chapter 7 administrative expenses   $ 34,470.09

Remaining Balance   $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Debtor Fees: SPRINGER BROWN COVEY GAERTNER & | $ 32,345.30 | $ 0.00 | $ 0.00 |

Total to be paid for prior chapter administrative expenses   $ 0.00

Remaining Balance   $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 271.09 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | ILLINOIS DEPARTMENT OF EMPLOYMENT S | $ 271.09 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors   $ 0.00

    Remaining Balance $_____0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,178,735.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9 | LESTER WOZNICZKA | $ 3,000.00 | $ 0.00 | $ 0.00 |
| 11 | WILLE BROTHERS LUMBER INC. | $ 31,166.88 | $ 0.00 | $ 0.00 |
| 12 | DEPARTMENT OF TREASURY-INTERNAL REV | $ 61,140.89 | $ 0.00 | $ 0.00 |
| 14 | TRIDENT CUSTOM BUILDERS INC. | $ 21,586.50 | $ 0.00 | $ 0.00 |
| 1a | ILLINOIS DEPARTMENT OF EMPLOYMENT S | $ 4,660.05 | $ 0.00 | $ 0.00 |
| 2 | SCHAAF WINDOW CO. INC. | $ 46,362.67 | $ 0.00 | $ 0.00 |
| 6 | BRIDGEVIEW BANK GROUP | $ 4,893,667.75 | $ 0.00 | $ 0.00 |
| 7 | TRUSTEE OF THE MM MAUREEN KALOUSEK | $ 1,117,151.00 | $ 0.00 | $ 0.00 |

    Total to be paid to timely general unsecured creditors $_____0.00

    Remaining Balance $_____0.00

      Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE