IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) NO. 12-04264 |
| | ) |
| FOREST GATE, INC. | ) HON. A. BENJAMIN GOLDGAR |
| | ) BANKRUPTCY JUDGE |

CERTIFICATE OF SERVICE

The undersigned certifies that she caused a copy of the Notice oF Trustee's Final Report and Applications for Compensation and Deadline to Object to be served upon the parties listed on the attached Service List, by depositing a copy of same, postage prepaid, in the U.S. Mail, on this 26th day of August, 2016 at 3400 W. Lawrence Ave., Chicago, Illinois.

/s/ Brenda Porter Helms

Brenda Porter Helms
#6184302
The Helms Law Firm, P.C.
3400 W. Lawrence Avenue
Chicago IL 60625
(773) 463-6427
(773) 267-9405 (fax)

# Northern District of Illinois
# Claims Register

## 12-04264 Forest Gate, Inc. Converted 08/20/2012

**Honorable Judge:** A. Benjamin Goldgar  **Chapter:** 7
**Office:** Chicago  **Last Date to file claims:** 01/10/2013
**Trustee:** Brenda Porter Helms ESQ  **Last Date to file (Govt):** 01/10/2013

| Creditor: (18520359) History<br>Illinois Department of Employment Security<br>33 South State St.10th Fl Bankruptcy Uni<br>Chicago, Illinois 60603<br>Attn. Amelia Yabes | Claim No: 1<br>Original Filed Date: 02/23/2012<br>Original Entered Date: 02/23/2012 | Status:<br>Filed by: CR<br>Entered by: Amelia T Yabes<br>Modified: 02/24/2012 |
|---|---|---|

| Amount | claimed: | $4931.14 |
|---|---|---|
| Secured | claimed: | $0.00 |
| Priority | claimed: | $271.09 |

| History: | | | |
|---|---|---|---|
| Details | 1-1 | 02/23/2012 | Claim #1 filed by Illinois Department of Employment Security, Amount claimed: $4931.14 (Yabes, Amelia ) |

| Description: (1-1) Unemployment Tax |
|---|
| Remarks: (1-1) Modified to Correct Creditor's Name (02/24/2012) TRM |

| Creditor: (18451416) History<br>Schaaf Window Co., Inc.<br>c/o John D. Dieck, Controller<br>18445 Thompson Court<br>Tinley Park, IL 60477 | Claim No: 2<br>Original Filed Date: 04/18/2012<br>Original Entered Date: 04/19/2012 | Status:<br>Filed by: CR<br>Entered by: Tammy Maurer<br>Modified: |
|---|---|---|

| Amount | claimed: | $46362.67 |
|---|---|---|

| History: | | | |
|---|---|---|---|
| Details | 2-1 | 04/18/2012 | Claim #2 filed by Schaaf Window Co., Inc., Amount claimed: $46362.67 (Maurer, Tammy ) |

| Description: |
|---|
| Remarks: |

| Creditor: (18451400) History<br>First National Bank of LaGrange<br>c/o Clingen Callow & McLean, LLC<br>2100 Manchester Road, Suite 1750<br>Wheaton, IL 60187 | Claim No: 3<br>Original Filed Date: 04/23/2012<br>Original Entered Date: 04/23/2012 | Status:<br>Filed by: CR<br>Entered by: Adisa Krupalija<br>Modified: 04/24/2012 |
|---|---|---|

| Amount | claimed: | $981660.42 |
|---|---|---|
| Secured | claimed: | $981660.42 |

| History: | | | |
|---|---|---|---|
| Details | 3-1 | 04/23/2012 | Claim #3 filed by First National Bank of LaGrange, Amount claimed: $981660.42 (Krupalija, Adisa ) |
| | 144 | 09/25/2014 | Notice of Hearing and Objection to Claim(s) 3 of First National Bank of LaGrange Filed by Kathleen M. McGuire on behalf of Brenda Porter Helms ESQ. Hearing scheduled for 10/29/2014 at 09:30 AM at 219 South Dearborn, Courtroom 642, Chicago, Illinois 60604. (Attachments: # 1 Exhibit # 2 Proposed Order)(McGuire, Kathleen) |
| | 148 | 10/16/2014 | Stipulation of Claim(s) 3,13 Filed by Kathleen M. McGuire on behalf of Brenda Porter Helms ESQ. (McGuire, Kathleen) |
| | 152 | 10/29/2014 | (E)Order Withdrawing Objection to Claim 3 (RE: 144 Objection to Claim). Signed on 10/29/2014 (Gonzalez, Maribel) |

Description: (3-1) Proof of Claim

Remarks: (3-1) Modified to Correct Creditor's Address (04/24/2012) TRM

| Creditor: (18819886)<br>Forest Gate Homeowners Association, Inc.<br>c/o Keough & Moody, P.C.<br>1250 E. Diehl Road, Suite 405<br>Naperville, IL 60563 | Claim No: 4<br>Original Filed Date: 04/24/2012<br>Original Entered Date: 04/24/2012 | Status:<br>Filed by: CR<br>Entered by: Dawn L. Moody<br>Modified: |
|---|---|---|

| Amount | claimed: | $16442.05 | |
|---|---|---|---|
| Secured | claimed: | $16442.05 | |

| History: | | | |
|---|---|---|---|
| Details | 4-1 | 04/24/2012 | Claim #4 filed by Forest Gate Homeowners Association, Inc., Amount claimed: $16442.05 (Moody, Dawn ) |
| | 143 | 09/25/2014 | Notice of Hearing and Objection to Claim(s) 4 of Forest Gate Homeowners Association, Inc. Filed by Kathleen M. McGuire on behalf of Brenda Porter Helms ESQ. Hearing scheduled for 10/29/2014 at 09:30 AM at 219 South Dearborn, Courtroom 642, Chicago, Illinois 60604. (Attachments: # 1 Exhibit # 2 Proposed Order)(McGuire, Kathleen) |
| | 157 | 10/29/2014 | Order Disallowing Claim(s) 4 (RE: 143 Objection to Claim). Signed on 10/29/2014 (Gonzalez, Maribel) |

Description:

Remarks:

| Creditor: (18861645) History<br>RC Johnson Enterprises Inc dba DJ Electric<br>c/o Henry B. Vess III, P.C.<br>2100 Manchester Road, Suite 1640<br>Wheaton, IL 60187 | Claim No: 5<br>Original Filed Date: 05/02/2012<br>Original Entered Date: 05/02/2012 | Status:<br>Filed by: AT<br>Entered by: Henry B Vess III<br>Modified: 05/03/2012 |
|---|---|---|

| Amount | claimed: | $28609.28 | |
|---|---|---|---|
| Secured | claimed: | $28609.28 | |

| History: | | | |
|---|---|---|---|
| Details | 5-1 | 05/02/2012 | Claim #5 filed by RC Johnson Enterprises Inc dba DJ Electric, Amount claimed: $28609.28 (Vess III, Henry ) |

| 146 | 09/26/2014 | Notice of Hearing and Objection to Claim(s) 5 of R.C. Johnson Enterprises, Inc. dba DJ Electric Filed by Kathleen M. McGuire on behalf of Brenda Porter Helms ESQ. Hearing scheduled for 10/29/2014 at 09:30 AM at 219 South Dearborn, Courtroom 642, Chicago, Illinois 60604. (Attachments: # 1 Exhibit # 2 Proposed Order)(McGuire, Kathleen) |
| 156 | 10/29/2014 | Order Disallowing Claim(s) 5 (RE: 146 Objection to Claim). Signed on 10/29/2014 (Gonzalez, Maribel) |

*Description:*

*Remarks:* (5-1) Modified to Correct Creditor's Address (05/03/2012) TRM

---

| Creditor: (18862264) History<br>Bridgeview Bank Group<br>c/o Adam B. Rome<br>Greiman, Rome & Greiesmeyer, LLC<br>200 West Madison Street, Suite 755<br>Chicago, IL 60606 | **Claim No: 6**<br>Original Filed Date: 05/02/2012<br>Original Entered Date: 05/02/2012 | Status:<br>Filed by: CR<br>Entered by: Adam B. Rome<br>Modified: 05/03/2012 |

Amount claimed: $4893667.75

*History:*

| Details | 6-1 | 05/02/2012 | Claim #6 filed by Bridgeview Bank Group, Amount claimed: $4893667.75 (Rome, Adam) |

*Description:*

*Remarks:* (6-1) Modified to Add Creditor's Address (05/03/2012) TRM

---

| Creditor: (18451407) History<br>Maureen Kalousek, Trustee of the MMC (Margaret Mary Callaghan) Trust<br>c/o Glenn R. Gaffney, Gaffney & Gaffney<br>1771 Bloomingdale Rd.<br>Glendale Heights, IL 60139 | **Claim No: 7**<br>Original Filed Date: 05/03/2012<br>Original Entered Date: 05/03/2012 | Status:<br>Filed by: CR<br>Entered by: Justin Gaffney<br>Modified: 05/04/2012 |

Amount claimed: $1117151.00

*History:*

| Details | 7-1 | 05/03/2012 | Claim #7 filed by Maureen Kalousek, Trustee of the MMC, Amount claimed: $1117151.00 (Gaffney, Justin) |

*Description:* (7-1) loan

*Remarks:* (7-1) Modified to Correct Creditor's Name (05/03/2012) TRM

---

| Creditor: (18451413) History<br>Robert and Norma Aprati<br>c/o Mark L. Radtke, Shaw Gussis Fishman<br>Glantz Wolfson & Towbin LLC<br>321 N. Clark Street, Suite 800<br>Chicago, IL 60654 | **Claim No: 8**<br>Original Filed Date: 05/03/2012<br>Original Entered Date: 05/03/2012 | Status:<br>Filed by: CR<br>Entered by: Mark L Radtke<br>Modified: 05/04/2012 |

Amount claimed: $950000.00
Secured claimed: $950000.00

| History: | | | |
|---|---|---|---|
| Details | 8-1 | 05/03/2012 | Claim #8 filed by Robert and Norma Aprati, Amount claimed: $950000.00 (Radtke, Mark) |
| | 141 | 09/22/2014 | Withdrawal of Claim(s): 8 Filed by Kathleen M. McGuire on behalf of Norma Aprati, Robert Aprati. (McGuire, Kathleen) |

Description:

Remarks: (8-1) Modified to Correct Creditor's Address (05/03/2012) TRM

| Creditor: (18451406) History<br>Lester Wozniczka<br>3710 Jay Lane<br>Rolling Meadows, IL 60008 | **Claim No: 9**<br>Original Filed Date: 06/21/2012<br>Original Entered Date: 06/22/2012 | Status:<br>Filed by: CR<br>Entered by: Tammy Maurer<br>Modified: |
|---|---|---|

| Amount | claimed: | $3000.00 | |
|---|---|---|---|

| History: | | | |
|---|---|---|---|
| Details | 9-1 | 06/21/2012 | Claim #9 filed by Lester Wozniczka, Amount claimed: $3000.00 (Maurer, Tammy) |

Description:

Remarks:

| Creditor: (19413724)<br>Office of the US Trustee<br>**(ADMINISTRATIVE)**<br>219 S. Dearborn st. rm 873<br>Chicago, IL 60604 | **Claim No: 10**<br>Original Filed Date: 09/07/2012<br>Original Entered Date: 09/07/2012 | Status:<br>Filed by: CR<br>Entered by: Dean C Harvalis<br>Modified: |
|---|---|---|

| Admin | claimed: | $650.00 | |
|---|---|---|---|

| History: | | | |
|---|---|---|---|
| Details | 10-1 | 09/07/2012 | Claim #10 filed by Office of the US Trustee, Admin claimed: $650.00 (Harvalis, Dean) |

Description:

Remarks:

| Creditor: (18451421) History<br>Wille Brothers Lumber Inc.<br>12600 Hamlin Court<br>Alsip, IL 60803 | **Claim No: 11**<br>Original Filed Date: 10/31/2012<br>Original Entered Date: 11/01/2012 | Status:<br>Filed by: CR<br>Entered by: Tammy Maurer<br>Modified: |
|---|---|---|

| Amount | claimed: | $31166.88 | |
|---|---|---|---|
| Secured | claimed: | $31166.88 | |

| History: | | | |
|---|---|---|---|
| Details | 11-1 | 10/31/2012 | Claim #11 filed by Wille Brothers Lumber Inc., Amount claimed: $31166.88 (Maurer, Tammy) |
| | 147 | 09/26/2014 | Notice of Hearing and Objection to Claim(s) 11 of Wille Brothers Lumber, Inc. |

| | | | Filed by Kathleen M. McGuire on behalf of Brenda Porter Helms ESQ. Hearing scheduled for 10/29/2014 at 09:30 AM at 219 South Dearborn, Courtroom 642, Chicago, Illinois 60604. (Attachments: # 1 Exhibit # 2 Proposed Order)(McGuire, Kathleen) |
|---|---|---|---|
| | 158 | 10/30/2014 | Order Construing and Granting Objection to Claim 11 (RE: 147 Objection to Claim). Signed on 10/30/2014 (Gonzalez, Maribel) |

Description:
Remarks:

| Creditor: (19779948) History<br>Department of Treasury-Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Claim No: 12<br>Original Filed Date: 12/07/2012<br>Original Entered Date: 12/07/2012 | Status:<br>Filed by: CR<br>Entered by: Bruce Hayes<br>Modified: 12/11/2012 |
|---|---|---|

| Amount | claimed: | $61140.89 |
|---|---|---|
| Secured | claimed: | $0.00 |
| Priority | claimed: | $0.00 |

History:

| Details | 12-1 | 12/07/2012 | Claim #12 filed by Department of Treasury-Internal Revenue Service, Amount claimed: $61140.89 (Hayes, Bruce ) |
|---|---|---|---|

Description:
Remarks: (12-1) Modified to Correct Creditor's Address (12/11/2012) TRM

| Creditor: (18451400) History<br>First National Bank of LaGrange<br>c/o Clingen Callow & McLean, LLC<br>2100 Manchester Road, Suite 1750<br>Wheaton, IL 60187 | Claim No: 13<br>Original Filed Date: 12/28/2012<br>Original Entered Date: 12/28/2012 | Status:<br>Filed by: CR<br>Entered by: Adisa Krupalija<br>Modified: |
|---|---|---|

| Amount | claimed: | $981660.42 |
|---|---|---|
| Secured | claimed: | $981660.42 |

History:

| Details | 13-1 | 12/28/2012 | Claim #13 filed by First National Bank of LaGrange, Amount claimed: $981660.42 (Krupalija, Adisa ) |
|---|---|---|---|
| | 145 | 09/26/2014 | Notice of Hearing and Objection to Claim(s) 13 of First National Bank of LaGrange Filed by Kathleen M. McGuire on behalf of Brenda Porter Helms ESQ. Hearing scheduled for 10/29/2014 at 09:30 AM at 219 South Dearborn, Courtroom 642, Chicago, Illinois 60604. (Attachments: # 1 Exhibit # 2 Proposed Order)(McGuire, Kathleen) |
| | 148 | 10/16/2014 | Stipulation of Claim(s) 3,13 Filed by Kathleen M. McGuire on behalf of Brenda Porter Helms ESQ. (McGuire, Kathleen) |
| | 153 | 10/29/2014 | (E)Order Withdrawing Objection to Claim 13 (RE: 145 Objection to Claim). Signed on 10/29/2014 (Gonzalez, Maribel) |

Description:
Remarks:

Illinois Northern Bankruptcy Live System
Case 12-04264   Doc 166   Filed 08/26/16   Entered 08/26/16 16:16:23   Desc Main
Document    Page 7 of 7

Page 6 of 7

| Creditor: (18451419) Trident Custom Builders Inc. 1357 Lahard Rd. New Lenox, IL 60451 | Claim No: 14 Original Filed Date: 01/09/2013 Original Entered Date: 01/10/2013 | Status: Filed by: CR Entered by: Tammy Maurer Modified: |
|---|---|---|

| Amount | claimed: | $21586.50 | |
|---|---|---|---|

History:

| Details | 14-1 | 01/09/2013 | Claim #14 filed by Trident Custom Builders Inc., Amount claimed: $21586.50 (Maurer, Tammy) |
|---|---|---|---|

Description:

Remarks:

| Creditor: (20578827) Springer, Brown, Covey, Gaertner & Davis, LLC 400 South County Farm Road Suite 330 Wheaton, IL 60187 | Claim No: 15 Original Filed Date: 06/06/2013 Original Entered Date: 06/06/2013 | Status: Filed by: CR Entered by: Elizabeth A. Bates Modified: |
|---|---|---|

| Amount | claimed: | $32345.30 | |
|---|---|---|---|
| Priority | claimed: | $32345.30 | |

History:

| Details | 15-1 | 06/06/2013 | Claim #15 filed by Springer, Brown, Covey, Gaertner & Davis, LLC, Amount claimed: $32345.30 (Bates, Elizabeth) |
|---|---|---|---|

Description: (15-1) January 9, 2013 Order

Remarks:

| Creditor: (22782043) Illinois Department of Revenue (ADMINISTRATIVE) Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | Claim No: 16 Original Filed Date: 12/31/2014 Original Entered Date: 12/31/2014 | Status: Filed by: CR Entered by: Karim Kaminski Modified: |
|---|---|---|

| Admin | claimed: | $14985.22 | |
|---|---|---|---|

History:

| Details | 16-1 | 12/31/2014 | Claim #16 filed by Illinois Department of Revenue, Admin claimed: $14985.22 (Kaminski, Karim) |
|---|---|---|---|
| | 160 | 07/25/2016 | Withdrawal of Claim(s): 16 Filed by Illinois Department of Revenue Bankruptcy Section. (Hall, Toya) |

Description:

Remarks:

## Claims Register Summary

**Case Name:** Forest Gate, Inc.
**Case Number:** 12-04264