UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
                                    §
FOREST GATE INC.                    §    Case No. 12-04264
                                    §
                                    §
        Debtor                      §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00                          Assets Exempt: NA
*(Without deducting any secured claims)*

Total Distributions to Claimants:  1,937,970.88     Claims Discharged
                                                    Without Payment:  NA

Total Expenses of Administration:  73,380.39

---

   3) Total gross receipts of $ 2,011,351.27 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 2,011,351.27 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 1,084,190.00 | $ 1,983,022.21 | $ 1,937,970.88 | $ 1,937,970.88 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 74,285.22 | 73,885.22 | 73,380.39 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 34,138.10 | 32,345.30 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 271.09 | 271.09 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 290,903.00 | 6,178,735.74 | 6,178,735.74 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 1,375,093.00 | $ 8,270,452.36 | $ 8,223,208.23 | $ 2,011,351.27 |

4) This case was originally filed under chapteron 02/07/2012 , and it was converted to chapter 7 on 08/20/2012 . The case was pending for 56 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/27/2017              By: /s/BRENDA PORTER HELMS, TRUSTEE
                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 61 Forest Gate Circle, Oak Brook, IL 60523 (Lot) | 1110-000 | 301,500.00 |
| 67 Forest Gate Circle, Oak Brook, IL 60523 (Home | 1110-000 | 1,407,000.00 |
| 68 Forest Gate Circle, Oak Brook, IL 60523 (Lot) | 1110-000 | 301,500.00 |
| 1st National bank of Lagrange Lagrange, Ill. | 1129-000 | 1,351.27 |
| **TOTAL GROSS RECEIPTS** | | **$ 2,011,351.27** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ahlquist Decorating 3290 N. Lakeside Dr. Coal City, IL 60416 | | 19,686.00 | NA | NA | 0.00 |
| | Carrycase Ent. dba LaGrange Glass 621 S. LaGrange Rd. La Grange, IL 60525 | | 5,474.00 | NA | NA | 0.00 |
| | First National Bank of LaGrange 620 Burlington Avenue La Grange, IL 60525 | | 355,000.00 | NA | NA | 0.00 |
| | First National Bank of LaGrange 620 Burlington Avenue La Grange, IL 60525 | | 150,000.00 | NA | NA | 0.00 |
| | First National Bank of LaGrange 620 Burlington Avenue La Grange, IL 60525 | | 500,000.00 | NA | NA | 0.00 |
| | L&W Supply 550 W. Adams St., #8 Chicago, IL 60661 | | 0.00 | NA | NA | 0.00 |
| | Oak Park Stucco & Decorating c/o Patrick Peretti 3323 S. Clarence Berwyn, IL 60402 | | 14,980.00 | NA | NA | 0.00 |
| | RC Johnson Enterprises Inc. dba DJ 417 Pottowatamie Ct. Oswego, IL 60543 | | 23,050.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Tempo Wood Products Inc. 110 Brennan Dr. Kirkland, IL 60146 |  | 0.00 | NA | NA | 0.00 |
|  | Wille Bros. Co. 12600 S. Hamlin Ct. Alsip, IL 60803 |  | 16,000.00 | NA | NA | 0.00 |
|  | CHICAGO TITLE & TRUST CO | 4110-000 | NA | 986,000.00 | 986,000.00 | 986,000.00 |
| 13 | FIRST NATIONAL BANK OF LAGRANGE | 4110-000 | NA | 0.00 | 0.00 | 0.00 |
| 3 | FIRST NATIONAL BANK OF LAGRANGE | 4110-000 | NA | 0.00 | 0.00 | 0.00 |
| 4 | FOREST GATE HOMEOWNERS ASSOCIATION | 4110-000 | NA | 16,442.05 | 0.00 | 0.00 |
| 5 | RC JOHNSON ENTERPRISES INC DBA DJE | 4110-000 | NA | 28,609.28 | 0.00 | 0.00 |
| 8 | ROBERT AND NORMA APRATI | 4110-000 | NA | 0.00 | 0.00 | 0.00 |
|  | CHICAGO TITLE & TRUST CO | 4120-000 | NA | 951,970.88 | 951,970.88 | 951,970.88 |
| **TOTAL SECURED CLAIMS** |  |  | $ 1,084,190.00 | $ 1,983,022.21 | $ 1,937,970.88 | $ 1,937,970.88 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRENDA PORTER HELMS | 2100-000 | NA | 2,000.00 | 2,000.00 | 1,971.13 |
| DAVID E. GROCHOCINSKI | 2100-000 | NA | 10,550.00 | 10,550.00 | 10,397.72 |
| BRENDA PORTER HELMS | 2200-000 | NA | 300.28 | 300.28 | 295.95 |
| Adams-Levine | 2300-000 | NA | 30.06 | 30.06 | 30.06 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 24.80 | 24.80 | 24.80 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | 29.22 | 29.22 | 29.22 |
| CHICAGO TITLE & TRUST CO | 2500-000 | NA | 2,307.56 | 2,307.56 | 2,307.56 |
| ASSOCIATED BANK | 2600-000 | NA | 610.05 | 610.05 | 610.05 |
| Green Bank | 2600-000 | NA | 647.42 | 647.42 | 647.42 |
| CHICAGO TITLE & TRUST CO | 2820-000 | NA | 25,261.19 | 25,261.19 | 25,261.19 |
| OFFICE OF THE US TRUSTEE | 2950-000 | NA | 650.00 | 650.00 | 640.62 |
| INNOVALAW P.C. | 3110-000 | NA | 14,750.00 | 14,750.00 | 14,537.10 |
| INNOVALAW P.C. | 3120-000 | NA | 126.14 | 126.14 | 124.31 |
| SCOTT HOREWITCH PIDGEON & ABRAMS L | 3410-000 | NA | 6,998.50 | 6,598.50 | 6,503.26 |
| CHICAGO TITLE & TRUST CO | 3510-000 | NA | 10,000.00 | 10,000.00 | 10,000.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 74,285.22 | $ 73,885.22 | $ 73,380.39 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| SPRINGER BROWN COVEY GAERTNER & | 6210-160 | NA | 34,138.10 | 32,345.30 | 0.00 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ 34,138.10 | $ 32,345.30 | $ 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Dept Employment Security Northern Region 260 East Indian Trail Road Aurora, IL 60505-1733 | | 0.00 | NA | NA | 0.00 |
| 1 | ILLINOIS DEPARTMENT OF EMPLOYMENT S | 5800-000 | NA | 271.09 | 271.09 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 271.09 | $ 271.09 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Air Rite Heating 100 Overland Dr. North Aurora, IL 60542 | | 5,300.00 | NA | NA | 0.00 |
| | Allsecure Inc. 240 Rossford Ln. New Lenox, IL 60451 | | 2,335.00 | NA | NA | 0.00 |
| | ARC Insualtion 249 Forestwood Dr. Romeoville, IL 60446 | | 4,300.00 | NA | NA | 0.00 |
| | BC Lange & Sons Ic. 9S231 Lemont Rd. Downers Grove, IL 60516 | | 2,181.00 | NA | NA | 0.00 |
| | Ceren Plumbing & Heating Inc. 1020 E. New York St. Aurora, IL 60505 | | 14,353.00 | NA | NA | 0.00 |
| | Daniel P. Callaghan 43 Baybrook Lane Oak Brook, IL 60523 | | 40,000.00 | NA | NA | 0.00 |
| | Earthstone Inc. 419 Post Oak Cir. West Chicago, IL 60185 | | 5,541.00 | NA | NA | 0.00 |
| | Forest Gate Homeowners Association, c/o Charles M. Keough 1250 E. Diehl Rd., St. 450 Naperville, IL 60563 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gray Hunter Stenn 500 Maine Street Quincy, IL 62301 | | 15,000.00 | NA | NA | 0.00 |
| | Materials Marketing 11 N. Grant St. Hinsdale, IL 60521 | | 3,107.00 | NA | NA | 0.00 |
| | Michalica Marble 1229 Naperville Dr. Romeoville, IL 60446 | | 5,038.00 | NA | NA | 0.00 |
| | Milea Callaghan 43 Baybrook Lane Oak Brook, IL 60523 | | 110,000.00 | NA | NA | 0.00 |
| | Robert and Norma Aprati 14017 John Humphrey Drive Orland Park, IL 60462 | | 0.00 | NA | NA | 0.00 |
| | Ruettiget Tonelli & Associates Inc. 2174 Onedia St. Joliet, IL 60435 | | 250.00 | NA | NA | 0.00 |
| | RW Sadek 4927 135th Pl. Crestwood, IL 60445 | | 2,800.00 | NA | NA | 0.00 |
| | Vals Construction Inc. 14341 Oakley Ave. Orland Park, IL 60462 | | 3,820.00 | NA | NA | 0.00 |
| | Woodridge Roofing 15701 W. 127th St. Lemont, IL 60439 | | 10,130.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | BRIDGEVIEW BANK GROUP | 7100-000 | 0.00 | 4,893,667.75 | 4,893,667.75 | 0.00 |
| 12 | DEPARTMENT OF TREASURY-INTERNAL REV | 7100-000 | NA | 61,140.89 | 61,140.89 | 0.00 |
| 1a | ILLINOIS DEPARTMENT OF EMPLOYMENT S | 7100-000 | NA | 4,660.05 | 4,660.05 | 0.00 |
| 9 | LESTER WOZNICZKA | 7100-000 | 3,000.00 | 3,000.00 | 3,000.00 | 0.00 |
| 2 | SCHAAF WINDOW CO. INC. | 7100-000 | 42,162.00 | 46,362.67 | 46,362.67 | 0.00 |
| 14 | TRIDENT CUSTOM BUILDERS INC. | 7100-000 | 21,586.00 | 21,586.50 | 21,586.50 | 0.00 |
| 7 | TRUSTEE OF THE MM MAUREEN KALOUSEK | 7100-000 | 0.00 | 1,117,151.00 | 1,117,151.00 | 0.00 |
| 11 | WILLE BROTHERS LUMBER INC. | 7100-000 | NA | 31,166.88 | 31,166.88 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 290,903.00 | $ 6,178,735.74 | $ 6,178,735.74 | $ 0.00 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 12-04264 | ABG | Judge: | A. Benjamin Goldgar | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | FOREST GATE INC. | | | | Date Filed (f) or Converted (c): | 08/20/2012 (c) |
| | | | | | 341(a) Meeting Date: | 10/09/2012 |
| For Period Ending: | 03/27/2017 | | | | Claims Bar Date: | 01/10/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 61 Forest Gate Circle, Oak Brook, IL 60523 (Lot) | 355,000.00 | 0.00 | | 301,500.00 | FA |
| 2. 67 Forest Gate Circle, Oak Brook, IL 60523 (Home and Lot) | 1,800,000.00 | 1,220,810.00 | | 1,407,000.00 | FA |
| 3. 68 Forest Gate Circle, Oak Brook, IL 60523 (Lot) | 450,000.00 | 300,000.00 | | 301,500.00 | FA |
| 4. 1st National bank of Lagrange Lagrange, Ill. Checking account | 500.00 | 500.00 | | 1,351.27 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $2,605,500.00 | $1,521,310.00 | | $2,011,351.27 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

9/30/16: Distribution checks issued 9/30/16. Waiting for $-0- balance bank statement to file TDR

MOTION TO MODIFY STAY AND ADVERSARY TO DETERMINE NATURE, EXTENT AND PRIORITY OF LIENS PENDING IN BANKRUPTCY COURT; SET FOR HEARING/STATUS ON 10/31/12
Closing set for: Prior to May 15, 2013
Completed sale of properties.
Awaiting tax returns.
In process of reviewing claims and preparing final report.
Successor Trustee appointed 4/16/14
Final tax return prepared by accountant
Amended tax returns also prepared and filed with IRS; waiting for acknowledgment letter from IRS before filing amended return with IDOR; possible wait until Dec. 2015

Initial Projected Date of Final Report (TFR): 12/31/2014    Current Projected Date of Final Report (TFR): 06/30/2016

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 12-04264 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: FOREST GATE INC. | Bank Name: GREEN BANK |
| | Account Number/CD#: XXXXXX6401 |
| | Checking Account |
| Taxpayer ID No: XX-XXX3409 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/27/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/08/13 | | CHICAGO TITLE & TRUST CO 1725 S NAPERVILLE ROAD WHEATON, IL 60189 | SALE OF LOTS 61 & 68 | | $7,074.16 | | $7,074.16 |
| | | | Gross Receipts $603,000.00 | | | | |
| | | | TRANSFER TAXES/CITY & COUNTY ($904.50) | 2820-000 | | | |
| | | | FIRST NATIONAL BANK OF ($295,800.00) | 4110-000 | | | |
| | | | CRAWFORD GROUP/COMMISSION ($3,000.00) | 3510-000 | | | |
| | | | PARTIAL SETTLEMENT OF LIEN ($286,821.00) | 4120-000 | | | |
| | | | 2011 TAX REDEMPTION/LOT 68 ($4,699.99) | 2820-000 | | | |
| | | | 2011 TAX REDEMPTION/LOT 61 ($4,700.35) | 2820-000 | | | |
| | 3 | | 68 Forest Gate Circle, Oak Brook, IL 60523 (Lot) $301,500.00 | 1110-000 | | | |
| | 1 | | 61 Forest Gate Circle, Oak Brook, IL 60523 (Lot) $301,500.00 | 1110-000 | | | |
| 05/08/13 | | CHICAGO TITLE & TRUST CO 1725 S NAPERVILLE ROAD WHEATON, IL 60189 | SALE OF 67 FOREST GATE CIRCLE | | $27,386.21 | | $34,460.37 |
| | | | Gross Receipts $1,407,000.00 | | | | |
| | | | 2001 RDEMPTION TAXES ($12,845.85) | 2820-000 | | | |
| | | | FLAGG CREEK WATER RECLAMATION ($250.56) | 2500-000 | | | |
| | | | CLOSING COSTS/CHICAGO TITLE ($113.00) | 2500-000 | | | |
| | | | TITLE CHARGES/CHICAGO TITLE ($1,944.00) | 2500-000 | | | |
| | | | PARTIAL SETTLEMENT OF LIEN/APRATI ($665,000.00) | 4120-000 | | | |

Page Subtotals: $34,460.37    $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-04264 | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | FOREST GATE INC. | Bank Name: | GREEN BANK |
| | | Account Number/CD#: | XXXXXX6401 |
| | | | Checking Account |
| Taxpayer ID No: | XX-XXX3409 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/27/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | WATER LIEN TO VILLAGE OF OAK BROOK | ($149.88) 4120-000 | | | |
| | | | TRANSFER TAXES/COUNTY/STATE | ($2,110.50) 2820-000 | | | |
| | | | FIRST MORTGAGE PAYOFF FIRST NAT'L | ($690,200.00) 4110-000 | | | |
| | | | CRAWFORD GROUP/COMMISSION | ($7,000.00) 3510-000 | | | |
| | 2 | | 67 Forest Gate Circle, Oak Brook, IL 60523 (Home | $1,407,000.00 1110-000 | | | |
| 05/31/13 | | Green Bank US Trustee Services2900 North Loop West, Suite 200Houston, TX 77092 | Bank Service Fee | 2600-000 | | $44.84 | $34,415.53 |
| 06/28/13 | | Green Bank US Trustee Services2900 North Loop West, Suite 200Houston, TX 77092 | Bank Service Fee | 2600-000 | | $50.16 | $34,365.37 |
| 07/31/13 | | Green Bank US Trustee Services2900 North Loop West, Suite 200Houston, TX 77092 | Bank Service Fee | 2600-000 | | $55.45 | $34,309.92 |
| 08/15/13 | 4 | FIRST NATIONAL BANK OF LAGRANGE 620 W. Burlington Ave.LaGrange, IL 60525 | Turnover of funds | 1129-000 | $1,351.27 | | $35,661.19 |
| 08/30/13 | | Green Bank US Trustee Services2900 North Loop West, Suite 200Houston, TX 77092 | Bank Service Fee | 2600-000 | | $60.20 | $35,600.99 |
| 09/30/13 | | Green Bank US Trustee Services2900 North Loop West, Suite 200Houston, TX 77092 | Bank Service Fee | 2600-000 | | $51.88 | $35,549.11 |
| 10/31/13 | | Green Bank US Trustee Services2900 North Loop West, Suite 200Houston, TX 77092 | Bank Service Fee | 2600-000 | | $57.36 | $35,491.75 |
| 11/29/13 | | Green Bank US Trustee Services2900 North Loop West, Suite 200Houston, TX 77092 | Bank Service Fee | 2600-000 | | $57.27 | $35,434.48 |
| 12/31/13 | | Green Bank US Trustee Services2900 North Loop West, Suite 200Houston, TX 77092 | Bank Service Fee | 2600-000 | | $55.33 | $35,379.15 |
| | | | Page Subtotals: | | $1,351.27 | $432.49 | |

UST Form 101-7-TDR (10/1/2010) (Page: 13)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-04264 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: FOREST GATE INC. | Bank Name: GREEN BANK |
| | Account Number/CD#: XXXXXX6401 |
| | Checking Account |
| Taxpayer ID No: XX-XXX3409 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/27/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/31/14 | | Green Bank<br>US Trustee Services 2900 North Loop West, Suite 200 Houston, TX 77092 | Bank Service Fee | 2600-000 | | $60.77 | $35,318.38 |
| 02/28/14 | | Green Bank<br>US Trustee Services 2900 North Loop West, Suite 200 Houston, TX 77092 | Bank Service Fee | 2600-000 | | $51.47 | $35,266.91 |
| 03/31/14 | | Green Bank<br>US Trustee Services 2900 North Loop West, Suite 200 Houston, TX 77092 | Bank Service Fee | 2600-000 | | $53.23 | $35,213.68 |
| 04/02/14 | 3001 | INTERNATIONAL SURETIES, LTD<br>701 POYDRAS STREET SUITE 420 NEW ORLEANS, LA 70139 | Blanket bond #016026455 2/01/14<br>to 2/10/15      2300-000<br>     $-29.22 | 2300-000 | | $29.22 | $35,184.46 |
| 04/30/14 | | GREEN BANK | Bank Service Fee | 2600-000 | | $49.46 | $35,135.00 |
| 05/02/14 | | Transfer to Acct # XXXXXX1830 | Bank Funds Transfer | 9999-000 | | $35,135.00 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $35,811.64 | $35,811.64 |
| Less: Bank Transfers/CD's | $0.00 | $35,135.00 |
| Subtotal | $35,811.64 | $676.64 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $35,811.64 | $676.64 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $35,379.15 |

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-04264 | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | FOREST GATE INC. | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX1830 |
| | | | Checking - Non Interest |
| Taxpayer ID No: | XX-XXX3409 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/27/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/02/14 | | Transfer from Acct # XXXXXX6401 | Bank Funds Transfer | 9999-000 | $35,135.00 | | $35,135.00 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $52.22 | $35,082.78 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $50.47 | $35,032.31 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $52.09 | $34,980.22 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $52.01 | $34,928.21 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $50.26 | $34,877.95 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $51.85 | $34,826.10 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $50.11 | $34,775.99 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $51.70 | $34,724.29 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $51.63 | $34,672.66 |
| 02/19/15 | 10001 | ARTHUR B. LEVINE COMPANY | bond premium | 2300-000 | | $24.80 | $34,647.86 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $46.56 | $34,601.30 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $51.44 | $34,549.86 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $49.71 | $34,500.15 |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $51.29 | $34,448.86 |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $49.56 | $34,399.30 |
| 10/13/15 | | Associated Bank | refund for June fees Posted to account as of 7/22/15 | 2600-000 | | ($51.29) | $34,450.59 |
| | | | Page Subtotals: | | $35,135.00 | $684.41 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-04264 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: FOREST GATE INC. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX1830 |
| | Checking - Non Interest |
| Taxpayer ID No: XX-XXX3409 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/27/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/13/15 | | Associated Bank | refund for July fees posted to account as of 7/22/15 | 2600-000 | | ($49.56) | $34,500.15 |
| 02/25/16 | 10002 | Adams-Levine | Bond #10BSBGR6291 | 2300-000 | | $30.06 | $34,470.09 |
| 09/30/16 | 10003 | The Helms Law Firm P.C. | trustee compensation | 2100-000 | | $1,971.13 | $32,498.96 |
| 09/30/16 | 10004 | The Helms Law Firm P.C. | trustee expenses | 2200-000 | | $295.95 | $32,203.01 |
| 09/30/16 | 10005 | David Grochocinski | trustee compensation | 2100-000 | | $10,397.72 | $21,805.29 |
| 09/30/16 | 10006 | InnovaLaw P.C. | Attorney for Trustee Fees (Other Fi | 3110-000 | | $14,537.10 | $7,268.19 |
| 09/30/16 | 10007 | InnovaLaw P.C. | Attorney for Trustee Expenses (Other Firm) | 3120-000 | | $124.31 | $7,143.88 |
| 09/30/16 | 10008 | Office of U.S. Trustee | Quarterly fees | 2950-000 | | $640.62 | $6,503.26 |
| 09/30/16 | 10009 | Scott Horewitch Pidgeon & Abrams LLC | Accountant fees | 3410-000 | | $6,503.26 | $0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $35,135.00 | $35,135.00 |
| Less: Bank Transfers/CD's | $35,135.00 | $0.00 |
| Subtotal | $0.00 | $35,135.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $35,135.00 |

Page Subtotals: $0.00   $34,450.59

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| XXXXXX1830 - Checking - Non Interest | $0.00 | $35,135.00 | $0.00 |
| XXXXXX6401 - Checking Account | $35,811.64 | $676.64 | $0.00 |
|  | $35,811.64 | $35,811.64 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $1,975,539.63 |
|---|---:|
| Total Net Deposits: | $35,811.64 |
| Total Gross Receipts: | $2,011,351.27 |

Page Subtotals: $0.00 $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*